**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **56-1555001** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **70 Pitts School Rd. NW** <br> **Concord, NC 28027-0302** <br> Number, Street, City, State & ZIP Code | **PO Box 1270** <br> **Harrisburg, NC 28075** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Cabarrus** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **butlerbuilt.net**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**

Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**

Case number (*if known*) _____

Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**

Case number *(if known)* _____

Name

---

▌ **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 23, 2019**
MM / DD / YYYY

**X** **/s/ Brian T. Butler**                                        **Brian T. Butler**
Signature of authorized representative of debtor          Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Kristen Nardone**                        Date **April 23, 2019**
Signature of attorney for debtor                       MM / DD / YYYY

**Kristen Nardone 28063**
Printed name

**Nardone Law, PLLC**
Firm name

**241 Curch St. NE**
**Concord, NC 28025**
Number, Street, City, State & ZIP Code

Contact phone   **704-784-9440**      Email address   **kristen@davisnardone.com**

**28063 NC**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name   **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 23, 2019**      X **/s/ Brian T. Butler**
                                         Signature of individual signing on behalf of debtor

                                         **Brian T. Butler**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bobby D. Hall 6331 Kluttz Rd. Concord, NC 28025** | | **Wages** | | | | **$400.20** |
| **Brian T. Butler 5315 Kim St. SW Concord, NC 28027** | | **Wages** | | | | **$1,100.00** |
| **Christopher A. Ferguson 106 Dawn Dr. Mount Holly, NC 28120** | | **Wages** | | | | **$360.00** |
| **Darrell E. Laney 2416 Community Park Dr. Matthews, NC 28104** | | **Wages** | | | | **$440.00** |
| **Debbie L. Helms 5315 Kim St. SW Concord, NC 28027** | | **Wages** | | | | **$308.85** |
| **Eric T. Speas 4188 Barrier Rd. Concord, NC 28025** | | **Wages** | | | | **$348.00** |
| **Gary J. Plattenberger 5822 Will Plyler Rd. Waxhaw, NC 28173** | | **Wages** | | | | **$1,100.00** |
| **IRS PO Box 7346 Philadelphia, PA 19101-7346** | | **8.890 acres 70 Pitts School Road, Concord, NC 15,900 sq. ft. building built in 1989 Appraisal 1/15/19 Liquidation value $910,000 Tax value $1,147,** | **Contingent** | **$1,619,071.52** | **$910,000.00** | **$1,619,071.52** |

Debtor **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IRS**<br>**PO Box 7346**<br>**Philadelphia, PA**<br>**19101-7346** | | **8.890 acres 70 Pitts School Road, Concord, NC 15,900 sq. ft. building built in 1989 Appraisal 1/15/19 Liquidation value $910,000 Tax value $1,147,** | **Contingent** | **$237,414.23** | **$910,000.00** | **$237,414.23** |
| **IRS**<br>**PO Box 7346**<br>**Philadelphia, PA**<br>**19101-7346** | | **8.890 acres 70 Pitts School Road, Concord, NC 15,900 sq. ft. building built in 1989 Appraisal 1/15/19 Liquidation value $910,000 Tax value $1,147,** | **Contingent** | **$237,782.00** | **$910,000.00** | **$161,419.45** |
| **Jack E. Gross**<br>**3754 Fieldcrest Circle**<br>**Concord, NC 28027** | | **Wages** | | | | **$344.38** |
| **Kyle A. Ashleman**<br>**2930 Planer Terrace**<br>**Gastonia, NC 28054** | | **Wages** | | | | **$355.25** |
| **Lime Energy**<br>**4 Gateway Center,**<br>**4th Floor**<br>**100 Mulberry St.**<br>**Newark, NJ 07102** | | **Utility** | | | | **$6,699.05** |
| **National Liability & Fire**<br>**P.O. Box 113247**<br>**Stamford, CT**<br>**06911-3247** | | **Worker's comp insurance** | | | | **$5,087.61** |
| **NC Department of Revenue**<br>**Bankruptcy Unit**<br>**PO Box 1168**<br>**Raleigh, NC 27602** | | **8.890 acres 70 Pitts School Road, Concord, NC 15,900 sq. ft. building built in 1989 Appraisal 1/15/19 Liquidation value $910,000 Tax value $1,147,** | | **$525,532.39** | **$910,000.00** | **$525,532.39** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NC Department of Revenue Bankruptcy Unit PO Box 1168 Raleigh, NC 27602 | | 8.890 acres 70 Pitts School Road, Concord, NC 15,900 sq. ft. building built in 1989 Appraisal 1/15/19 Liquidation value $910,000 Tax value $1,147, | | $345,685.54 | $910,000.00 | $345,685.54 |
| Standard Insurance Company 521 E Morehead St # 425 Charlotte, NC 28202 | | Long and short-term disability insurance | | | | $698.96 |
| UPS Freight 5204 N Graham St Charlotte, NC 28269 | | Mail service | | | | $500.00 |
| US Capital Insurance Co. 564 Market St. Suite 700 San Francisco, CA 94104 | | Cargo insurance | | | | $2,467.12 |
| Wallace C. Wright 5208 Teakwood Dr. Kannapolis, NC 28083 | | Wages | | | | $408.61 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.....................................................................................   $    **910,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................   $    **270,685.09**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................................   $    **1,180,685.09**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $    **3,799,123.13**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $    **6,452.17**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$    **16,052.74**

4. **Total liabilities** ......................................................................................................................
Lines 2 + 3a + 3b      $    **3,821,628.04**

**Fill in this information to identify the case:**

Debtor name    **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$1,000.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fifth Third Bank** <br> **Paypal account** | **Checking** | **1803** | **$1,033.34** |
| 3.2. | **Fifth Third Bank** <br> **Operating account** | **Checking** | **1635** | **$13,148.00** |
| 3.3. | **Fifth Third** <br> **Payroll Account** | **Checking** | **5917** | **$6,283.49** |

4.    **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Amazon Online** | **$22.78** |
| 4.2. | **PayPal on-line balance** | **$1,610.28** |

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$23,097.89**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**                    Case number *(If known)*
_____
Name

| Part 2: | Deposits and Prepayments |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          **116,822.54**        -          **0.00**     = ....            **$116,822.54**
_____                      _____
face amount                          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                            | **$116,822.54** |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** **Sheet metal, nails/screws, foam, vinyl** | | **$0.00** | Liquidation | **$500.00** |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** **Race car seats, steering wheels, seat cushions, seat belts, head supports, helmets, seat support kits, air management systems** | | **Unknown** | Comparable sale | **$75,000.00** |
| 22.   **Other inventory or supplies** | | | | |

Debtor    **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**    Case number *(If known)*
_____
Name

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $75,500.00 |
|---|---|

24.    **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Metal cabinet $15**<br>**Metal cabinet $15**<br>**Metal 6' 2 door cabinet $30**<br>**Metal 42" 2 door cabinet $25**<br>**4 drawer file cabinet legal $25**<br>**2 drawer file cabinet letter $20**<br>**4 drawer file cabinet letter $25**<br>**4 drawer file cabinet legal $25**<br>**6' 2 door black metal cabinet $25**<br>**3 4 drawer cabinets legal $75**<br>**11 4 drawer cabinets letter $225**<br>**2 drawer legal cabinets $20**<br>**4 drawer file cabinet letter $75**<br>**2 wooden file storage cabinets $80**<br>**4 drawer file cabinet $209.99** | $889.99 | Tax records | $889.99 |
| | **8 desks** | $200.00 | Tax records | $200.00 |
| | **7 chairs** | $70.00 | Tax records | $70.00 |
| | **33 metal pallet racks** | $3,380.00 | Liquidation | $1,650.00 |
| | **2 Credenzas** | $150.00 | Liquidation | $40.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**     Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 40. | **Office fixtures** Refrigerator | | $75.00 | Tax records | $75.00 |

| | | | | | |
|---|---|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Sage 2015 Accounting software, 2014 PC Intel Core i5-4440 Haswell 3.1, 2013 Lenovo laptop, HP Laser Jet printer, PC server, Monitor KDS, HP laser jet printer, Canon fax/printer, 4 PCs, 6 monitors, Canon PC 920 copier, Dell laptop, Canon Imageclass Copier/printer, Kyocera TASKalfa 4550ci, Dell Ultrasharp monitor, Lenovo ThinkCentre M800 | | $1,417.65 | Tax records | $1,417.65 |
| | Fellowes power shredder $75 in 2013, Fellows power shredder $20 in 2013, 2 shredders | | $90.00 | Liquidation | $30.00 |
| | 6 Adding machines | | $45.00 | Tax records | $45.00 |
| | Sharp XE-A102 Cash Register | | $25.00 | Liquidation | $10.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| $4,427.64 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2002 GMC Van** 138k miles NADA rough trade $1,750 | $0.00 | Liquidation | $1,750.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.2. | **2010 Lexus SUV**<br>**144k miles**<br>**NADA rough-trade $12,800** | **$0.00** | Liquidation | **$12,800.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **3 Miller Dynasty 350 TigRunner Welders 2014** | **$1,004.04** | **Tax records** | **$1,004.04** |
| **2 molds for 1/2" black shoulder support 2014** | **$69.62** | **Tax records** | **$69.62** |
| **Heavy Duty 6"x48" 12" Combo Safe 2014** | **$89.69** | **Tax records** | **$89.69** |
| **Ladder 8ft.** | **$20.00** | **Liquidation** | **$10.00** |
| **7 parts shelves** | **$70.00** | **Tax records** | **$70.00** |
| **2 pneumatic staples** | **$120.00** | **Liquidation** | **$40.00** |
| **Banding kit - plastic** | **$60.00** | **Liquidation** | **$10.00** |
| **8 metal pallet racks** | **$800.00** | **Liquidation** | **$400.00** |
| **13" TV** | **$10.00** | **Tax records** | **$10.00** |
| **Miller Dynasty 350 TIG Welders** | **$3,000.00** | **Liquidation** | **$1,000.00** |
| **5 steel welding tables** | **$500.00** | **Liquidation** | **$250.00** |
| **Kaeser Air Compressor** | **$2,500.00** | **Liquidation** | **$1,000.00** |
| **3 Petyo/Roper Whitney Sheet Metal Fabricators** | **$1,200.00** | **Liquidation** | **$400.00** |
| **Large shop fan** | **$100.00** | **Liquidation** | **$25.00** |
| **2 VBS 900 Vertical Band Saws** | **$2,000.00** | **Liquidation** | **$500.00** |
| **Roper Whitney Foot Shear** | **$1,500.00** | **Liquidation** | **$375.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**                Case number *(If known)*
           Name

| | | | |
|---|---|---|---|
| Hossfeld Tube Bender | $1,500.00 | Liquidation | $375.00 |
| Roper Whitney 6' Power Shear | $4,000.00 | Liquidation | $1,000.00 |
| 5 steel layout/fab tables | $500.00 | Liquidation | $125.00 |
| Roper Whitney 5' manual brake | $800.00 | Liquidation | $200.00 |
| Grab vertical band saw | $3,500.00 | Liquidation | $1,000.00 |
| Jet VBS 500 vertical band saw | $500.00 | Liquidation | $125.00 |
| Misc. tools, vices, work tables | $500.00 | Liquidation | $125.00 |
| Roper Whitney 3' finger brake | $600.00 | Liquidation | $175.00 |
| Rotex 3725 manual torret punch | $4,500.00 | Liquidation | $1,000.00 |
| Whitney Jensen 1 3/4" manual punch | $200.00 | Liquidation | $50.00 |
| Chicago D&K 10' CNC electric mechanical press brake | $5,000.00 | Liquidation | $1,000.00 |
| Misc press brake tooling | $2,000.00 | Liquidation | $500.00 |
| Grizzly 6x48 belt sander | $500.00 | Liquidation | $125.00 |
| Grizzly double end belt sander | $300.00 | Liquidation | $75.00 |
| Westwood 10' CNC Plasma Cutter | $45,000.00 | Liquidation | $12,500.00 |
| Miller CP200 wire welder | $1,500.00 | Liquidation | $375.00 |
| Marvel horizontal band saw | $300.00 | Liquidation | $75.00 |
| Hyster forklift | $1,500.00 | Liquidation | $375.00 |
| Grizzly belt sander | $350.00 | Liquidation | $100.00 |
| 2 Jet 6x48 belt sanders | $600.00 | Liquidation | $150.00 |
| 3 Sewing machines - Juki Cousew | $1,250.00 | Liquidation | $350.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**
<br>Name

Case number *(If known)* _____

| | | | |
|---|---|---|---|
| Misc tools for shop, drills, clamps | $200.00 | Liquidation | $50.00 |
| Victor 16x40 engine lathe | $3,500.00 | Liquidation | $875.00 |
| Misc lathe tooling | $500.00 | Liquidation | $125.00 |
| Alliant vertical milling machine | $4,500.00 | Liquidation | $1,125.00 |
| Misc milling tooling | $1,000.00 | Liquidation | $250.00 |
| OTC 30 hydraulic press | $1,000.00 | Liquidation | $250.00 |
| 17 - misc cabinets, tables, storage, sheves | $25,500.00 | Liquidation | $6,375.00 |
| Osy-acetylene torch set | $250.00 | Liquidation | $62.50 |
| 2012 welder with attachments | $5,913.95 | Liquidation | $1,478.25 |
| Powermatic Model 81 saw | $0.00 | Liquidation | $100.00 |
| Mold for rear head foam, mold for L/S short head foam, mold for L/S Std length head foam, mold for R/S head form | $0.00 | Liquidation | $450.00 |
| Alum channel extrusion 6063-T5 | $371.68 | Liquidation | $92.92 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

$50,837.02

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
<br>■ No
<br>☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
<br>■ No
<br>☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

  ☐ No.  Go to Part 10.
<br>  ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other | Nature and extent of debtor's interest | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**

Case number *(If known)*

Name

| description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | in property | | | |
|---|---|---|---|---|
| 55.1. **8.890 acres 70 Pitts School Road, Concord, NC 15,900 sq. ft. building built in 1989 Appraisal 1/15/19 Liquidation value $910,000 Tax value $1,147,520** | Fee simple | $0.00 | Appraisal | $910,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $910,000.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Butler Built trademark** | $0.00 | | Unknown |
| 61. **Internet domain names and websites** **butlerbuilt.net** | $0.00 | | $0.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

Debtor  **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**                    Case number *(If known)* _____
Name

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $23,097.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $116,822.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $75,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,427.64 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $50,837.02 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $910,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $270,685.09 | + 91b. $910,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,180,685.09 |

91C *(09/13)*

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **In the Matter of:** | ) | |
| **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.** | ) | **Case No.** _____ |
| | ) | |
| | ) | **DEBTOR'S CLAIM FOR PROPERTY EXEMPTIONS** |
| | ) | |
| **Debtor.** | ) | |

I, **Brian T. Butler**, the undersigned debtor, hereby claim the following property as exempt pursuant to 11 U.S.C. § 522(b)(3)(A), (B), and (C), the Laws of the State of North Carolina, and non-bankruptcy federal law.

☐ Check if the debtor claims as exempt any amount of interest that exceeds $125,000 in value in property that the debtor or a dependent of the debtor uses as a residence.

1. **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDENT AS RESIDENCE OR BURIAL PLOT.** (NCGS 1C-1601(a)(1)).
   Select appropriate exemption amount below:
   ■ Total net value not to exceed $35,000.
   ☐ Total net value not to exceed $60,000. (Debtor is unmarried, 65 years of age or older, property was previously owned by debtor as tenant by the entireties or joint tenant with rights of survivorship, and former co-owner is deceased.)

| Description of Property & Address -NONE- | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| | | (a) Total Net Value | $ | **0.00** |
| | | Total Net Exemption | $ | **0.00** |
| | | (b) Unused portion of exemption, not to exceed $5,000. | $ | **5,000.00** |
| | | (This amount, if any, may be carried forward and used to claim an exemption in any property owned by the debtor. (NCGS 1C-1601(a)(2)). | | |

2. **TENANCY BY THE ENTIRETY.** The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(3)(B) and the laws of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address -NONE- | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| | | | | |

3. **MOTOR VEHICLE.** (NCGS 1C-1601(a)(3). Only one vehicle allowed under this paragraph with net value claimed as exempt not to exceed $3,500.)

| Year, Make, Model of Auto -NONE- | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| (a) Statutory allowance | | $ | 3,500 | |
| (b) Amount from 1 (b) above to be used in this paragraph. (A part or all of 1 (b) may be used as needed.) | | $ | | |
| | | Total Net Exemption  $ | **0.00** | |

4. **TOOLS OF TRADE, IMPLEMENTS, OR PROFESSIONAL BOOKS.** (NCGS 1C-1601(a)(5). Used by debtor or debtor's dependent. Total net value of all items claimed as exempt not to exceed $2,000.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| | | | | |

91C *(09/13)*

| Description<br>-NONE- | Market<br>Value | Lien Holder(s) | Amt. Lien | Net<br>Value |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| (a) Statutory allowance | | $ | 2,000 | |
| (b) Amount from 1 (b) above to be used in this paragraph.<br>(A part or all of 1 (b) may be used as needed.) | | $ | | |
| | Total Net Exemption | $ | **0.00** | |

5.  **PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS.** (NCGS 1C-1601(a)(4).  Debtor's aggregate interest, not to exceed $5,000 in value for the debtor plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents.)

| Description<br>-NONE- | Market<br>Value | Lien Holder(s) | Amt. Lien | Net<br>Value |
|---|---|---|---|---|
| | | | Total Net Value | **0.00** |

| | | | |
|---|---|---|---|
| (a) Statutory allowance for debtor | | $ | 5,000 |
| (b) Statutory allowance for debtor's dependents: __0__ dependents at<br>$1,000 each (not to exceed $4,000 total for dependents) | | | **0.00** |
| (c) Amount from 1(b) above to be used in this paragraph.<br>(A part or all of 1 (b) may be used as needed.) | | | |
| | Total Net Exemption | | **0.00** |

6.  **LIFE INSURANCE.** (As provided in Article X, Section 5 of North Carolina Constitution.)

Name of Insurance Company\Policy No.\Name of Insured\Policy Date\Name of Beneficiary
**-NONE-**

7.  **PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS).** (NCGS 1C-1601(a)(7).  No limit on value or number of items.)

Description:
**-NONE-**

8.  **DEBTOR'S RIGHT TO RECEIVE FOLLOWING COMPENSATION:** (NCGS 1C-1601(a)(8).  No limit on number or amount.)

A.  $ _____ **-NONE-**   Compensation for personal injury to debtor or to person whom debtor was dependent for support.
B.  $ _____ **-NONE-**   Compensation for death of person of whom debtor was dependent for support.
C.  $ _____ **-NONE-**   Compensation from private disability policies or annuities.

9.  **INDIVIDUAL RETIREMENT PLANS AS DEFINED IN THE INTERNAL REVENUE CODE AND ANY PLAN TREATED IN THE SAME MANNER AS AN INDIVIDUAL RETIREMENT PLAN UNDER THE INTERNAL REVENUE CODE.** (NCGS 1C-1601(a)(9).  No limit on number or amount.) **AND OTHER RETIREMENT FUNDS DEFINED IN 11 U.S.C. § 522(b)(3)(c).**

| Detailed Description<br>-NONE- | Value |
|---|---|

10. **COLLEGE SAVINGS PLANS QUALIFIED UNDER SECTION 529 OF THE INTERNAL REVENUE CODE.** (NCGS 1C-1601(a)(10).  Total net value not to exceed $25,000 and may not include any funds placed in a college saving plan within the preceding 12 months not in the ordinary course of the debtor's financial affairs.  This exemption applies only to the extent that the funds are for a child of the debtor and will actually be used for the child's college or university expenses.)

| Detailed Description<br>-NONE- | Value |
|---|---|

91C *(09/13)*

11.  **RETIREMENT BENEFITS UNDER A RETIREMENT PLAN OF OTHER STATE AND GOVERNMENTAL UNITS OF OTHER STATES, TO THE EXTENT THOSE BENEFITS ARE EXEMPT UNDER THE LAWS OF THAT STATE OR GOVERNMENTAL UNIT.** (NCGS 1C-1601(a)(11). No limit on amount.)

**Description:**
-NONE-

12.  **ALIMONY, SUPPORT, SEPARATION MAINTENANCE AND CHILD SUPPORT.** (NCGS 1C-1601(a)(12).  No limit on amount to the extent such payments are reasonably necessary for the support of Debtor or dependent of Debtor.)

**Description:**
-NONE-

13.  **ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.** (NCGS 1C-1601(a)(2).  The amount claimed may not exceed the remaining amount available under paragraph 1(b) which has not been used for other exemptions.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

(a) Total Net Value of property claimed in paragraph 13.                                          $ _____ 0.00

(b) Total amount available from paragraph 1(b).                                                        $ _____ 5,000.00
(c) Less amounts from paragraph 1(b) which were used in the following paragraphs:

| | | |
|---|---|---|
| Paragraph 3(b) | $ _____ | |
| Paragraph 4(b) | $ _____ | |
| Paragraph 5(c) | $ _____ | |
| Net Balance Available from paragraph 1(b) | $ _____ 5,000.00 | |
| Total Net Exemption | $ _____ | |

14.  **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

-NONE-
TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                                      $ _____ 0.00

15.  **EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

-NONE-
TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                                      $ _____ 0.00

16. **RECENT PURCHASES**

The exemptions provided in NCGS 1C-1601(a)(2), (3), (4), and (5) are inapplicable with respect to tangible personal property purchased by the debtor less than 90 days preceding the initiation of judgment collection proceedings or the filing of a petition for bankruptcy, unless the purchase of the property is directly traceable to the liquidation or conversion of property that may be exempt and no additional property was transferred into or used to acquire the replacement property.

List tangible personal property purchased by the debtor less than 90 days preceding the filing of the bankruptcy petition:

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

DATE  **April 23, 2019** _____                    **/s/ Brian T. Butler** _____
                                                                                 **Brian T. Butler**
                                                                                 Debtor

**Fill in this information to identify the case:**

Debtor name **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **IRS** | Describe debtor's property that is subject to a lien | $833,637.45 | $910,000.00 |

Creditor's Name

**8.890 acres 70 Pitts School Road, Concord, NC**
**15,900 sq. ft. building built in 1989**
**Appraisal 1/15/19**
**Liquidation value $910,000**
**Tax value $1,147,520**

**PO Box 7346**
**Philadelphia, PA**
**19101-7346**

Creditor's mailing address

Describe the lien
**Judgment Lien 15 M 361**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/27/15**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. IRS**
**2. IRS**
**3. IRS**
**4. IRS**
**5. NC Department of Revenue**
**6. NC Department of Revenue**

| 2.2 | **IRS** | Describe debtor's property that is subject to a lien | $237,782.00 | $910,000.00 |

Creditor's Name

**8.890 acres 70 Pitts School Road, Concord, NC**
**15,900 sq. ft. building built in 1989**
**Appraisal 1/15/19**
**Liquidation value $910,000**
**Tax value $1,147,520**

**PO Box 7346**
**Philadelphia, PA**
**19101-7346**

Creditor's mailing address

Describe the lien

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Judgment 15 M 362**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

**4/27/15**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☑ Contingent

☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

---

| 2.3 | **IRS** | Describe debtor's property that is subject to a lien | $1,619,071.52 | $910,000.00 |
|---|---|---|---|---|

Creditor's Name

**8.890 acres 70 Pitts School Road, Concord, NC**
**15,900 sq. ft. building built in 1989**
**Appraisal 1/15/19**
**Liquidation value $910,000**
**Tax value $1,147,520**

**PO Box 7346**
**Philadelphia, PA**
**19101-7346**

Creditor's mailing address

**Describe the lien**

**Judgment 15 M 467**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

**6/8/15**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☑ Contingent

☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

---

| 2.4 | **IRS** | Describe debtor's property that is subject to a lien | $237,414.23 | $910,000.00 |
|---|---|---|---|---|

Creditor's Name

**8.890 acres 70 Pitts School Road, Concord, NC**
**15,900 sq. ft. building built in 1989**
**Appraisal 1/15/19**
**Liquidation value $910,000**
**Tax value $1,147,520**

**PO Box 7346**
**Philadelphia, PA**
**19101-7346**

Creditor's mailing address

**Describe the lien**

**Judgment 15 M 695**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

**9815**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

Debtor **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**

Case number (if know) _____

Name

---

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including its relative priority. | ■ Contingent |
| **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **NC Department of Revenue** | Describe debtor's property that is subject to a lien | $525,532.39 | $910,000.00 |
|---|---|---|---|---|

Creditor's Name

**8.890 acres 70 Pitts School Road, Concord, NC**
**15,900 sq. ft. building built in 1989**
**Appraisal 1/15/19**
**Liquidation value $910,000**
**Tax value $1,147,520**

**Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602**

Creditor's mailing address

Describe the lien
**Judgment 17 M 949**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

Date debt was incurred
**12/18/17**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including its relative priority. | ☐ Contingent |
| **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **NC Department of Revenue** | Describe debtor's property that is subject to a lien | $345,685.54 | $910,000.00 |
|---|---|---|---|---|

Creditor's Name

**8.890 acres 70 Pitts School Road, Concord, NC**
**15,900 sq. ft. building built in 1989**
**Appraisal 1/15/19**
**Liquidation value $910,000**
**Tax value $1,147,520**

**Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602**

Creditor's mailing address

Describe the lien
**Judgment 17 M 950**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

Date debt was incurred
**12/18/17**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including its relative priority. | ☐ Contingent |
| **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,799,123.13 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF NORTH CAROLINA**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Amber N. Debevec**<br>**36 Douglas Ave. NW**<br>**Concord, NC 28025** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $290.00 | $290.00 |
| Date or dates debt was incurred<br>**April 2019** | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Bobby D. Hall**<br>**6331 Kluttz Rd.**<br>**Concord, NC 28025** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.20 | $400.20 |
| Date or dates debt was incurred<br>**April 2019** | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,100.00 | $1,100.00 |
|---|---|---|---|---|

**Brian T. Butler**
**5315 Kim St. SW**
**Concord, NC 28027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Cabarrus County Tax Collector**
**PO Box 707**
**Concord, NC 28026-0707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $360.00 |
|---|---|---|---|---|

**Christopher A. Ferguson**
**106 Dawn Dr.**
**Mount Holly, NC 28120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Concord**
**35 Cabarrus Ave W**
**Concord, NC 28025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Credit Bureau**<br>**ATTN: Officer or Managing Agent**<br>**PO Box 26140**<br>**Greensboro, NC 27402-6140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $440.00 | $440.00 |
|---|---|---|---|---|
| | **Darrell E. Laney**<br>**2416 Community Park Dr.**<br>**Matthews, NC 28104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**April 2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $308.85 | $308.85 |
|---|---|---|---|---|
| | **Debbie L. Helms**<br>**5315 Kim St. SW**<br>**Concord, NC 28027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**April 2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Employment Security Commission**<br>**PO Box 26504**<br>**Raleigh, NC 27611-6504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.** | Case number (if known) | |
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $348.00 | $348.00 |
|---|---|---|---|---|
| | **Eric T. Speas**<br>**4188 Barrier Rd.**<br>**Concord, NC 28025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**April 2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,100.00 | $1,100.00 |
|---|---|---|---|---|
| | **Gary J. Plattenberger**<br>**5822 Will Plyler Rd.**<br>**Waxhaw, NC 28173** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**April 2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $344.38 | $344.38 |
|---|---|---|---|---|
| | **Jack E. Gross**<br>**3754 Fieldcrest Circle**<br>**Concord, NC 28027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**April 2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $268.25 | $268.25 |
|---|---|---|---|---|
| | **Jason S. Dease**<br>**4000 Feather Street**<br>**Concord, NC 28025** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**April 2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.** | Case number (if known) | |
|--------|------|------|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $355.25 | $355.25 |
|------|------|------|------|------|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|
| **Kyle A. Ashleman**<br>**2930 Planer Terrace**<br>**Gastonia, NC 28054** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred<br>**April 2019** | Basis for the claim:<br>**Wages** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.00 | $290.00 |
|------|------|------|------|------|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|
| **Michael E. Nelson**<br>**2235 North Enochville Ave.**<br>**Mooresville, NC 28115** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred<br>**April 2019** | Basis for the claim:<br>**Wages** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|------|------|------|------|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|
| **Romney D. Sellers**<br>**6414 Mooresville Rd.**<br>**Kannapolis, NC 28081** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred<br>**April 2019** | Basis for the claim:<br>**Wages**<br>**Out on short-term leave** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.00 | $174.00 |
|------|------|------|------|------|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|
| **Spencer R. Knight**<br>**7702 Jenny Ann Dr.**<br>**Charlotte, NC 28216** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred<br>**April 2019** | Basis for the claim:<br>**Wages** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

Debtor **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.** _____ Case number (if known) _____
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $264.63 | $264.63 |
|------|---|---|---|---|

2.19

**Steven G. Intravaia**
**814 Laurel Street**
**China Grove, NC 28023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$264.63    $264.63

Date or dates debt was incurred
**April 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number ____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.20

**Wallace C. Wright**
**5208 Teakwood Dr.**
**Kannapolis, NC 28083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$408.61    $408.61

Date or dates debt was incurred
**April 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number ____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

3.1

Nonpriority creditor's name and mailing address
**Benfield Sanitation**
**282 Scotts Creek Rd**
**Statesville, NC 28625**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

Date(s) debt was incurred ___

Basis for the claim: **Utility**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No    ☐ Yes

---

3.2

Nonpriority creditor's name and mailing address
**Duke Energy**
**PO Box 1245 DT01X**
**Charlotte, NC 28201-1245**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

Date(s) debt was incurred ___

Basis for the claim: **Utility**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No    ☐ Yes

---

3.3

Nonpriority creditor's name and mailing address
**Federal Express**
**PO Box 332**
**Memphis, TN 38194-4741**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00

Date(s) debt was incurred ___

Basis for the claim: **Mail service**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No    ☐ Yes

---

| Debtor | Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,699.05 |
|---|---|---|---|

**Lime Energy**
4 Gateway Center, 4th Floor
100 Mulberry St.
Newark, NJ 07102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2017

Basis for the claim:  Utility

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,087.61 |
|---|---|---|---|

**National Liability & Fire**
P.O. Box 113247
Stamford, CT 06911-3247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Worker's comp insurance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PSNC**
Recovery Speacialist
PO Box 60553
Oklahoma City, OK 73196

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Utility

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Quench Water**
630 Allendale Road, Suite 200
King of Prussia, PA 19406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Water cooler

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $698.96 |
|---|---|---|---|

**Standard Insurance Company**
521 E Morehead St # 425
Charlotte, NC 28202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Long and short-term disability insurance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**United States Postal Service**
Attn: Receivable Section
Accounting Service Center
2825 Lone Oak Pkwy
Saint Paul, MN 55121-9612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Mail services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**UPS Freight**
5204 N Graham St
Charlotte, NC 28269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Mail service

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc. | Case number (if known) | |
|--------|------|------|------|
| | Name | | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,467.12** |
|------|------|------|------|
| | **US Capital Insurance Co.** | ☐ Contingent | |
| | **564 Market St.** | ☐ Unliquidated | |
| | **Suite 700** | ☐ Disputed | |
| | **San Francisco, CA 94104** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Cargo insurance_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|------|------|------|
| | **Windstream** | ☐ Contingent | |
| | **1720 Galleria Blvd.** | ☐ Unliquidated | |
| | **Charlotte, NC 28270** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Utility_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|------|------|
| | | |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|------|------|------|
| 5a. Total claims from Part 1 | 5a. | $                6,452.17 |
| 5b. Total claims from Part 2 | 5b.  + | $              16,052.74 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $              22,504.91 |

**Fill in this information to identify the case:**

Debtor name **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest  **Lease on welding cylinders** | |
| State the term remaining | **Airgas USA, LLC** |
| List the contract number of any government contract | **PO Box 9249 Marietta, GA 30065-2249** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest  **Offer in Compromise entered on or about 5/2017 Balance due 4/28/2019 $1,466,000.00** | |
| State the term remaining | **Internal Revenue Service** |
| List the contract number of any government contract | **PO Box 7346 Philadelphia, PA 19101-7346** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest  **Worker's compensation policy for business.** | |
| State the term remaining | **National Liability & Fire** |
| List the contract number of any government contract | **P.O. Box 113247 Stamford, CT 06911-3247** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest  **Kyocera TASKalfa 4550ci** | |
| State the term remaining | **Oak Pointe Leasing Corporation** |
| List the contract number of any government contract | **3330 Monroe Rd. Charlotte, NC 28205** |

**Fill in this information to identify the case:**

Debtor name __**Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | *Check all schedules that apply:* |
|---|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City  State  Zip Code | | | | |
| 2.2 | _____ | Street _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City  State  Zip Code | | | | |
| 2.3 | _____ | Street _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City  State  Zip Code | | | | |
| 2.4 | _____ | Street _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City  State  Zip Code | | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$2,093,614.81** |
   | **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$776,392.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.  **Cabarrus County Tax Collector<br>Box 707<br>Concord, NC 28026** | 2/12/19 | $15,263.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Real property taxes 2018** |

Debtor   **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**                                   Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Blue Cross Blue Sheild**<br>**c/o Rawlings Financial Services LLC**<br>**Pharmacy Division**<br>**PO Box 2020**<br>**La Grange, KY 40031** | 2/27/19 | $8,077.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Health insurance premiums** |
| 3.3. **BSCI Inc.**<br>**170 Barley Park Lane**<br>**Mooresville, NC 28115** | 3/14/19 | $6,198.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **Blue Cross Blue Sheild**<br>**c/o Rawlings Financial Services LLC**<br>**Pharmacy Division**<br>**PO Box 2020**<br>**La Grange, KY 40031** | 3/27/19 | $7,125.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Health insurance premiums** |
| 3.5. **Potter & Company**<br>**434 Copperfield Blvd NE # A**<br>**Concord, NC 28025** | 3/29/19 | $7,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Tax preparation** |
| 3.6. **BSCI Inc.** | 4/5/19 | $6,492.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc. | Case number *(if known)* |
|---|---|---|

of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**      Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Nardone Law, PLLC**<br>**PO Box 1394**<br>**Concord, NC 28026** | | **1/28/19**<br>**$10,000**<br>**4/1/19**<br>**$10,000** | **$20,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Lindsay M. Sheheen**<br>**1109 Littleton St.**<br>**Camden, SC 29020** | **2010 Volvo XC60  82k miles**<br><br>**Payoff to MidCarolina Credit Union exceeded the sale price** | **6/12/17** | **$11,500.00** |
| | **Relationship to debtor**<br>**None** | | | |

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

Debtor    **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**    Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

  - ☐ No Go to Part 10.
  - ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Goldleaf Partners** | EIN: |

Has the plan been terminated?
- ■ No
- ☐ Yes

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

- ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

- ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**          Case number *(if known)* _____

not list leased or rented property.

■ None

**Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

---

Debtor    **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**                    Case number *(if known)*

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**　　　　　　　Case number *(if known)*

---

**Part 14:**　**Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**April 23, 2019**

**/s/ Brian T. Butler**　　　　　　　　　　　　**Brian T. Butler**
Signature of individual signing on behalf of the debtor　　Printed name

Position or relationship to debtor　**President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**                Case No. _____

Debtor(s)                Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.   $ **0.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor(s) in any dischargeability actions, actions brought pursuant to Section 707 of the Bankruptcy Code, or any other adversary proceeding.**

   **Attorney for the debtor(s) has a fee contract with the debtor(s) setting forth the full terms and limitation of said attorney's representation.  Said contract may be produced to the Court at an appropriate time.  All limitations and exclusions of attorney's representation are not listed herein on the Disclosure of Compensation.**

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 23, 2019** | **/s/ Kristen Nardone** |
| *Date* | **Kristen Nardone 28063** |
| | *Signature of Attorney* |
| | **Nardone Law, PLLC** |
| | **241 Curch St. NE** |
| | **Concord, NC 28025** |
| | **704-784-9440  Fax: 980-781-5867** |
| | **kristen@davisnardone.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**                    Case No. _____
                                                                                    Chapter    **11**
                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 23, 2019**                    Signature    **/s/ Brian T. Butler**
                                                                        **Brian T. Butler**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**      Case No.

                                     Debtor(s)      Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 23, 2019**                **/s/ Brian T. Butler**

                                     **Brian T. Butler**/President
                                     Signer/Title

Date:   **April 23, 2019**                **/s/ Kristen Nardone**

                                     Signature of Attorney
                                     **Kristen Nardone 28063**
                                     **Nardone Law, PLLC**
                                     **241 Curch St. NE**
                                     **Concord, NC 28025**
                                     **704-784-9440   Fax: 980-781-5867**

Airgas USA, LLC
PO Box 9249
Marietta, GA 30065-2249


Amber N. Debevec
36 Douglas Ave. NW
Concord, NC 28025


Benfield Sanitation
282 Scotts Creek Rd
Statesville, NC 28625


Bobby D. Hall
6331 Kluttz Rd.
Concord, NC 28025


Brian T. Butler
5315 Kim St. SW
Concord, NC 28027


Cabarrus County Tax Collector
PO Box 707
Concord, NC 28026-0707


Christopher A. Ferguson
106 Dawn Dr.
Mount Holly, NC 28120


City of Concord
35 Cabarrus Ave W
Concord, NC 28025


Credit Bureau
ATTN: Officer or Managing Agent
PO Box 26140
Greensboro, NC 27402-6140


Darrell E. Laney
2416 Community Park Dr.
Matthews, NC 28104


Debbie L. Helms
5315 Kim St. SW
Concord, NC 28027

Duke Energy
PO Box 1245 DT01X
Charlotte, NC 28201-1245

Employment Security Commission
PO Box 26504
Raleigh, NC 27611-6504

Eric T. Speas
4188 Barrier Rd.
Concord, NC 28025

Federal Express
PO Box 332
Memphis, TN 38194-4741

Gary J. Plattenberger
5822 Will Plyler Rd.
Waxhaw, NC 28173

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Jack E. Gross
3754 Fieldcrest Circle
Concord, NC 28027

Jason S. Dease
4000 Feather Street
Concord, NC 28025

Kyle A. Ashleman
2930 Planer Terrace
Gastonia, NC 28054

Lime Energy
4 Gateway Center, 4th Floor
100 Mulberry St.
Newark, NJ 07102

Michael E. Nelson
2235 North Enochville Ave.
Mooresville, NC 28115


National Liability & Fire
P.O. Box 113247
Stamford, CT 06911-3247


NC Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602


Oak Pointe Leasing Corporation
3330 Monroe Rd.
Charlotte, NC 28205


PSNC
Recovery Speacialist
PO Box 60553
Oklahoma City, OK 73196


Quench Water
630 Allendale Road, Suite 200
King of Prussia, PA 19406


Romney D. Sellers
6414 Mooresville Rd.
Kannapolis, NC 28081


Spencer R. Knight
7702 Jenny Ann Dr.
Charlotte, NC 28216


Standard Insurance Company
521 E Morehead St # 425
Charlotte, NC 28202


Steven G. Intravaia
814 Laurel Street
China Grove, NC 28023

```
United States Postal Service
Attn: Receivable Section
Accounting Service Center
2825 Lone Oak Pkwy
Saint Paul, MN 55121-9612


UPS Freight
5204 N Graham St
Charlotte, NC 28269


US Capital Insurance Co.
564 Market St.
Suite 700
San Francisco, CA 94104


Wallace C. Wright
5208 Teakwood Dr.
Kannapolis, NC 28083


Windstream
1720 Galleria Blvd.
Charlotte, NC 28270
```

# United States Bankruptcy Court
## Middle District of North Carolina

In re    __Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.__        Case No. _____

                                                Debtor(s)        Chapter    __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__April 23, 2019__
Date

__/s/ Kristen Nardone__
__Kristen Nardone 28063__
Signature of Attorney or Litigant
Counsel for    __Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.__
__Nardone Law, PLLC__
__241 Curch St. NE__
__Concord, NC 28025__
__704-784-9440 Fax:980-781-5867__
__kristen@davisnardone.com__