**Fill in this information to identify the case:**

Debtor name: **Butler Specialties, Inc., T/A Butlerbuilt Motorsports Equipment, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known): **19-50417**

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                          Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Barbara Butler**<br>**8263 Addison Dr.**<br>**Harrisburg, NC 28075-9664** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Shareholder of Debtor. Fair market value of shares believed to be $0.00.** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $267.66 |
|---|---|---|---|
| | **Colonial Life & Accident Insurance Compa**<br>**PO Box 1365**<br>**Columbia, SC 29202-1365** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

                                                                  **Total of claim amounts**

| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 267.66 |
| 5c. Total of Parts 1 and 2<br>   Lines 5a + 5b = 5c. | 5c. | $ | 267.66 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| IN RE:  )<br>  )<br>BUTLER SPECIALTIES, INC., T/A  )<br>BUTLERBUILT MOTORSPORTS  )<br>EQUIPMENT, INC.  )<br>  )<br>    Debtor.  )<br>_____) | Case No. 19-50417 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she served the foregoing **NOTICE OF BANKRUPTCY, AMENDED SCHEDULE E/F, and 341 MEETING OF THE CREDITORS** electronically, or when unavailable, by depositing a copy of the same in the United States mail, postage prepaid, addressed to the following parties:

William P. Miller
Bankruptcy Administrator

Barbara Butler
8263 Addison Dr.
Harrisburg, NC 28075-9664

Colonial Life & Accident Insurance Compa
PO Box 1365
Columbia, SC 29202-1365

    This the 20th day of May, 2019.

                                                 */s/ Kristen S. Nardone*
                                                 KRISTEN S. NARDONE
                                                 N.C. State Bar No. 28063
                                                 Attorney for the Debtor