UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE:

BUTLER SPECIALTIES, INC., T/A
BUTLERBUILT MOTORSPORTS
EQUIPMENT, INC.,

    Debtor.

Case No. 19-50417
Chapter 7

**Amended Schedule of Unpaid Debts**

NOW COMES Butler Specialties, Inc., T/A ButlerBuilt Motorsports Equipment, Inc. (the "Debtor"), by and through counsel, and produces a list of creditors holding potential claims against the estate that were incurred from the Petition Date (April 23, 2019) through the date this case was converted to Chapter 7 (January 27, 2020).

Upon information and belief, there are no remaining post-petition unpaid debts except the following. With regard to the professional fees and expenses, fee applications may be filed by each claimant prior to the deadline set forth in the Order Directing Debtors to File Reports and Setting Time for Filing of Applications for Allowance of Compensation (Doc. #233 filed on January 27, 2020).

| CLAIMANT | | AMOUNT |
|---|---|---|
| United States Bankruptcy Court Middle District of North Carolina | Quarterly fees for the period from October 1, 2019 to December 31, 2019 and January 2020 | $5,200.00 |
| Nardone Law Firm, PLLC 241 Church St. NE Concord, NC  28025 | Counsel for Debtor – professional fees and expenses incurred prior to conversion and approved by the Court but not paid (subject to Doc. #227) | $7,752.94 |
| UPS PO Box 7247-0244 Philadelphia, PA  19170-0001 | Shipping services allegedly provided to the Debtor during the Chapter 11 proceeding | $8,337.79[1] |

---

[1] Amount unverified by the Debtor.

RESPECTFULLY SUBMITTED this the 12th day of February 2020.

/s/ *Kristen S. Nardone*
KRISTEN S. NARDONE
Attorney for Debtor
NC Bar No. 28063