**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**

In re: Butler Specialties, Inc., T/A Butle    §    Case No. 19-50417
                                              §
                                              §
                                              §
          Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   Daniel C. Bruton, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,180,685.09 | Assets Exempt: | N/A |
| Total Distributions to Claimants: | $911,495.62 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $44,026.46 | | |

   3) Total gross receipts of $955,522.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $955,522.08 from the liquidation of the property of the estate, which was distributed as follows:

**TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,965,485.68 | $1,942,898.38 | $1,942,898.38 | $911,495.62 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $43,486.57 | $44,026.46 | $44,026.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $9,207.72 | $9,207.72 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $6,452.17 | $1,049,086.96 | $1,049,086.96 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $849,957.85 | $890,891.19 | $890,891.19 | $0.00 |
| **TOTAL DISBURSEMENTS** | $3,821,895.70 | $3,935,570.82 | $3,936,110.71 | $955,522.08 |

    4) This case was originally filed under chapter 7 on 04/23/2019, and it was converted to chapter 7 on 01/27/2020. The case was pending for 16 months.

    5) A copy of the final bank statement of the estate, reflecting a zero balance, has been submitted to the Bankruptcy Administrator.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/08/2021

By: /s/ Daniel C. Bruton
      Trustee

TDR (4/1/2009)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference Settlement with Brian Butler | 1241-000 | $4,500.00 |
| Preference Settlement with BSCI, Inc | 1241-000 | $5,000.00 |
| Preference Settlement with Custom Corrugated Containers. | 1241-000 | $5,000.00 |
| Preference Settlement with Data Consulting Group, LLC | 1241-000 | $3,500.00 |
| Preference Settlement with Protodyne, LLC | 1241-000 | $10,000.00 |
| Preference Settlement with SFI Foundation, Inc. | 1241-000 | $3,000.00 |
| Duke Power Refund | 1290-000 | $695.96 |
| Fifth Third Chapter 11 DIP operating account | 1290-010 | $2,557.37 |
| Funds from debtors attorney upon conversion | 1290-010 | $921,268.75 |
| **TOTAL GROSS RECEIPTS** | | **$955,522.08** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S-2 | IRS | 4300-000 | $1,619,071.52 | $1,116,485.79 | $1,116,485.79 | $911,495.62 |
| 2S | North Carolina Department of Revenue Bankruptcy Unit | 4110-000 | $871,217.93 | $826,412.59 | $826,412.59 | $0.00 |
| N/F | IRS | 4110-000 | $237,782.00 | NA | NA | NA |
| N/F | IRS | 4110-000 | $237,414.23 | NA | NA | NA |
| | **TOTAL SECURED** | | **$2,965,485.68** | **$1,942,898.38** | **$1,942,898.38** | **$911,495.62** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Attorney for Trustee Fees - Daniel C. Bruton | 3110-000 | NA | $28,560.00 | $28,560.00 | $28,560.00 |
| Attorney for Trustee, Expenses - Daniel C. Bruton | 3120-000 | NA | $1,615.06 | $1,615.06 | $1,615.06 |
| Fees, United States Trustee | 2950-000 | NA | $5,200.00 | $5,200.00 | $5,200.00 |
| Bond Payments - International Sureties | 2300-000 | NA | $0.00 | $539.89 | $539.89 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $8,111.51 | $8,111.51 | $8,111.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$43,486.57** | **$44,026.46** | **$44,026.46** |

TDR (4/1/2009)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Attorney for D-I-P Fees - Nardone Law Firm, PLLC | 6210-160 | NA | $9,207.72 | $9,207.72 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$9,207.72** | **$9,207.72** | **$0.00** |

**TDR (4/1/2009)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-2 | IRS | 5800-000 | NA | $1,049,086.96 | $1,049,086.96 | $0.00 |
| N/F | Amber N. Debevec | 5600-000 | $290.00 | NA | NA | NA |
| N/F | Bobby D. Hall | 5600-000 | $400.20 | NA | NA | NA |
| N/F | Brian T. Butler | 5600-000 | $1,100.00 | NA | NA | NA |
| N/F | Cabarrus County Tax Collector | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Christopher A. Ferguson | 5600-000 | $360.00 | NA | NA | NA |
| N/F | City of Concord | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Credit Bureau ATTN: Officer or Managing Agent | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Darrell E. Laney | 5600-000 | $440.00 | NA | NA | NA |
| N/F | Debbie L. Helms | 5600-000 | $308.85 | NA | NA | NA |
| N/F | Employment Security Commission | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Eric T. Speas | 5600-000 | $348.00 | NA | NA | NA |
| N/F | Gary J. Plattenberger | 5600-000 | $1,100.00 | NA | NA | NA |
| N/F | Jack E. Gross | 5600-000 | $344.38 | NA | NA | NA |
| N/F | Jason S. Dease | 5600-000 | $268.25 | NA | NA | NA |
| N/F | Kyle A. Ashleman | 5600-000 | $355.25 | NA | NA | NA |
| N/F | Michael E. Nelson | 5600-000 | $290.00 | NA | NA | NA |
| N/F | Romney D. Sellers | 5600-000 | $0.00 | NA | NA | NA |

TDR (4/1/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Spencer R. Knight | 5600-000 | $174.00 | NA | NA | NA |
| N/F | Steven G. Intravaia | 5600-000 | $264.63 | NA | NA | NA |
| N/F | Wallace C. Wright | 5600-000 | $408.61 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$6,452.17** | **$1,049,086.96** | **$1,049,086.96** | **$0.00** |

**TDR (4/1/2009)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-2 | IRS | 7100-000 | $833,637.45 | $890,673.41 | $890,673.41 | $0.00 |
| 2U | North Carolina Department of Revenue Bankruptcy Unit | 7100-000 | NA | $217.78 | $217.78 | $0.00 |
| N/F | Barbara Butler | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Benfield Sanitation | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Colonial Life & Accident Insurance Compa | 7100-000 | $267.66 | NA | NA | NA |
| N/F | Duke Energy | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Federal Express | 7100-000 | $250.00 | NA | NA | NA |
| N/F | Lime Energy | 7100-000 | $6,699.05 | NA | NA | NA |
| N/F | National Liability & Fire | 7100-000 | $5,087.61 | NA | NA | NA |
| N/F | PSNC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Quench Water | 7100-000 | $100.00 | NA | NA | NA |
| N/F | Standard Insurance Company | 7100-000 | $698.96 | NA | NA | NA |
| N/F | UPS Freight | 7100-000 | $500.00 | NA | NA | NA |
| N/F | US Capital Insurance Co. | 7100-000 | $2,467.12 | NA | NA | NA |
| N/F | United States Postal Service Attn: Receivable Section | 7100-000 | $250.00 | NA | NA | NA |
| N/F | Windstream | 7100-000 | $0.00 | NA | NA | NA |

**TDR (4/1/2009)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $849,957.85 | $890,891.19 | $890,891.19 | $0.00 |

**TDR (4/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8  
Page: 1

| Case No.: | 19-50417 | Trustee Name: | (530470) Daniel C. Bruton |
| --- | --- | --- | --- |
| Case Name: | Butler Specialties, Inc., T/A Butle | Date Filed (f) or Converted (c): | 01/27/2020 (c) |
|  |  | § 341(a) Meeting Date: | 03/06/2020 |
| For Period Ending: | 06/08/2021 | Claims Bar Date: | 04/06/2020 |

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets | 7 Lien Amount | 8 Exempt Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | Cash on hand<br><br>Asset was expended in the Chapter 11 case | 1,000.00 | 1,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2 | Checking Account at Fifth Third Bank Paypal account, xxxxxx1803<br>Asset was expended in the Chapter 11 case | 1,033.34 | 1,033.34 | | 0.00 | FA | 0.00 | 0.00 |
| 3 | Checking Account at Fifth Third Bank Operating account, xxxxxx1635<br>Asset was expended in the Chapter 11 case | 13,148.00 | 13,148.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | Checking Account at Fifth Third Payroll Account, xxxxxx5917<br>Asset was expended in the Chapter 11 case | 6,283.49 | 6,283.49 | | 0.00 | FA | 0.00 | 0.00 |
| 5 | Amazon Online<br><br>Asset was expended in the Chapter 11 case | 22.78 | 22.78 | | 0.00 | FA | 0.00 | 0.00 |
| 6 | PayPal on-line balance<br><br>Asset was expended in the Chapter 11 case | 1,610.28 | 1,610.28 | | 0.00 | FA | 0.00 | 0.00 |
| 7 | A/R 90 days old or less. Face amount = $116,822.54. Doubtful/Uncollectible accounts = $0.00.<br>Asset was expended in the Chapter 11 case | 116,822.54 | 116,822.54 | | 0.00 | FA | 0.00 | 0.00 |
| 8 | Raw Materials: Sheet metal, nails/screws, foam, viny, Net Book Value: $0.00, Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9 | Finished goods: Race car seats, steering wheels, seat cushions, seat belts, head supports, helmets, seat support kits, air management systems, Net Book Value: Unknown, Valuation Method: Comparable sale<br>Asset was sold in the Chapter 11 case | 75,000.00 | 75,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10 | Metal cabinet $15 Metal cabinet $15 Metal 6' 2 door cabinet $30 Metal 42" 2 door cabinet $25 4 drawer file cabinet legal $25 2 drawer file cabinet letter $20 4 drawer file cabinet letter $25 4 drawer file cabinet legal $25 6' 2 door black metal cabinet $25 3 4 drawer cabinets legal $75 114 drawer cabinets letter $225 2 drawer legal cabinets $20 4 drawer file cabinet letter $75 2 wooden file storage cabinets $80 4 drawer file cabinet $209.99. Valuation Method: Tax records<br>Asset was sold in the Chapter 11 case | 889.99 | 889.99 | | 0.00 | FA | 0.00 | 0.00 |
| 11 | 8 desks. Valuation Method: Tax records<br><br>Asset was sold in the Chapter 11 case | 200.00 | 200.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12 | 7 chairs. Valuation Method: Tax records<br><br>Asset was sold in the Chapter 11 case | 70.00 | 70.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13 | 33 metal pallet racks. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 1,650.00 | 1,650.00 | | 0.00 | FA | 0.00 | 0.00 |
| 14 | 2 Credenzas. Valuation Method: Liquidation<br><br>Asset was sold in the Chapter 11 case | 40.00 | 40.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15 | Refrigerator. Valuation Method: Tax records<br><br>Asset was sold in the Chapter 11 case | 75.00 | 75.00 | | 0.00 | FA | 0.00 | 0.00 |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 19-50417 | Trustee Name: | (530470) Daniel C. Bruton |
| --- | --- | --- | --- |
| Case Name: | Butler Specialties, Inc., T/A Butle | Date Filed (f) or Converted (c): | 01/27/2020 (c) |
| | | § 341(a) Meeting Date: | 03/06/2020 |
| For Period Ending: | 06/08/2021 | Claims Bar Date: | 04/06/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 16 | Sage 2015 Accounting software, 2014 PC Intel Core i5-4440 Haswell 3.1, 2013 Lenovo laptop, HP Laser Jet printer, PC server, Monitor KDS, HP laser jet printer, Canon fax/printer, 4 PCs, 6 monitors, Canon PC 920 copier, Dell laptop, Canon Imageclass Copier/printer, Kyocera TASKalfa 4550ci, Dell Ultrasharp monitor, Lenovo ThinkCentre M800. Valuation Method: Tax records<br><br>Asset was sold in the Chapter 11 case | 1,417.65 | 1,417.65 | | 0.00 | FA | 0.00 | 0.00 |
| 17 | Fellowes power shredder $75 in 2013, Fellows power shredder $20 in 2013, 2 shredders. Valuation Method: Liquidation<br><br>Asset was sold in the Chapter 11 case | 30.00 | 30.00 | | 0.00 | FA | 0.00 | 0.00 |
| 18 | 6 Adding machines. Valuation Method: Tax records<br><br>Asset was sold in the Chapter 11 case | 45.00 | 45.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19 | Sharp XE-A102 Cash Register. Valuation Method: Liquidation<br><br>Asset was sold in the Chapter 11 case | 10.00 | 10.00 | | 0.00 | FA | 0.00 | 0.00 |
| 20 | 2002 GMC Van 138k miles NADA rough trade $1,750. Valuation Method: Liquidation<br><br>Asset was sold in the Chapter 11 case | 1,750.00 | 1,750.00 | | 0.00 | FA | 0.00 | 0.00 |
| 21 | 2010 Lexus SUV 144k miles NADA rough-trade $12,800. Valuation Method: Liquidation<br><br>Asset was sold in the Chapter 11 case | 12,800.00 | 12,800.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22 | 3 Miller Dynasty 350 TigRunner Welders 2014. Valuation Method: Tax records<br><br>Asset was sold in the Chapter 11 case | 1,004.04 | 1,004.04 | | 0.00 | FA | 0.00 | 0.00 |
| 23 | 2 molds for 1/2" black shoulder support 2014. Valuation Method: Tax records | 69.62 | 69.62 | | 0.00 | FA | 0.00 | 0.00 |
| 24 | Heavy Duty 6"x48" 12" Combo Safe 2014. Valuation Method: Tax records<br><br>Asset was sold in the Chapter 11 case | 89.69 | 89.69 | | 0.00 | FA | 0.00 | 0.00 |
| 25 | Ladder 8ft.. Valuation Method: Liquidation<br><br>Asset was sold in the Chapter 11 case | 10.00 | 10.00 | | 0.00 | FA | 0.00 | 0.00 |
| 26 | 7 parts shelves. Valuation Method: Tax records<br><br>Asset was sold in the Chapter 11 case | 70.00 | 70.00 | | 0.00 | FA | 0.00 | 0.00 |
| 27 | 2 pneumatic staples. Valuation Method: Liquidation<br><br>Asset was sold in the Chapter 11 case | 40.00 | 40.00 | | 0.00 | FA | 0.00 | 0.00 |
| 28 | Banding kit - plastic. Valuation Method: Liquidation<br><br>Asset was sold in the Chapter 11 case | 10.00 | 10.00 | | 0.00 | FA | 0.00 | 0.00 |
| 29 | 8 metal pallet racks. Valuation Method: Liquidation<br><br>Asset was sold in the Chapter 11 case | 400.00 | 400.00 | | 0.00 | FA | 0.00 | 0.00 |
| 30 | 13" TV. Valuation Method: Tax records<br><br>Asset was sold in the Chapter 11 case | 10.00 | 10.00 | | 0.00 | FA | 0.00 | 0.00 |
| 31 | Miller Dynasty 350 TIG Welders. Valuation Method: Liquidation<br><br>Asset was sold in the Chapter 11 case | 1,000.00 | 1,000.00 | | 0.00 | FA | 0.00 | 0.00 |

**USBA Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

| Case No.: | 19-50417 | | Trustee Name: | (530470) Daniel C. Bruton |
|---|---|---|---|---|
| Case Name: | Butler Specialties, Inc., T/A Butle | | Date Filed (f) or Converted (c): | 01/27/2020 (c) |
| | | | § 341(a) Meeting Date: | 03/06/2020 |
| For Period Ending: | 06/08/2021 | | Claims Bar Date: | 04/06/2020 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 32 | 5 steel welding tables. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| 33 | Kaeser Air Compressor. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 1,000.00 | 1,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 34 | 3 Petyo/Roper Whitney Sheet Metal Fabricators. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 400.00 | 400.00 | | 0.00 | FA | 0.00 | 0.00 |
| 35 | Large shop fan. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 25.00 | 25.00 | | 0.00 | FA | 0.00 | 0.00 |
| 36 | 2 VBS 900 Vertical Band Saws. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 37 | Roper Whitney Foot Shear. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 375.00 | 375.00 | | 0.00 | FA | 0.00 | 0.00 |
| 38 | Hossfeld Tube Bender. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 375.00 | 375.00 | | 0.00 | FA | 0.00 | 0.00 |
| 39 | Roper Whitney 6' Power Shear. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 1,000.00 | 1,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 40 | 5 steel layout/fab tables. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 125.00 | 125.00 | | 0.00 | FA | 0.00 | 0.00 |
| 41 | Roper Whitney 5' manual brake. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 200.00 | 200.00 | | 0.00 | FA | 0.00 | 0.00 |
| 42 | Grab vertical band saw. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 1,000.00 | 1,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 43 | Jet VBS 500 vertical band saw. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 125.00 | 125.00 | | 0.00 | FA | 0.00 | 0.00 |
| 44 | Misc. tools, vices, work tables. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 125.00 | 125.00 | | 0.00 | FA | 0.00 | 0.00 |
| 45 | Roper Whitney 3' finger brake. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 175.00 | 175.00 | | 0.00 | FA | 0.00 | 0.00 |
| 46 | Rotex 3725 manual torret punch. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 1,000.00 | 1,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 47 | Whitney Jensen 1 3/4" manual punch. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 50.00 | 50.00 | | 0.00 | FA | 0.00 | 0.00 |
| 48 | Chicago D&K 10' CNC electric mechanical press brake. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 1,000.00 | 1,000.00 | | 0.00 | FA | 0.00 | 0.00 |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 4

| Case No.: | 19-50417 | | Trustee Name: | (530470) Daniel C. Bruton |
|---|---|---|---|---|
| Case Name: | Butler Specialties, Inc., T/A Butle | | Date Filed (f) or Converted (c): | 01/27/2020 (c) |
| | | | § 341(a) Meeting Date: | 03/06/2020 |
| For Period Ending: | 06/08/2021 | | Claims Bar Date: | 04/06/2020 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 49 | Misc press brake tooling. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 50 | Grizzly 6x48 belt sander. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 125.00 | 125.00 | | 0.00 | FA | 0.00 | 0.00 |
| 51 | Grizzly double end belt sander. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 75.00 | 75.00 | | 0.00 | FA | 0.00 | 0.00 |
| 52 | Westwood 10' CNC Plasma Cutter. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 12,500.00 | 12,500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 53 | Miller CP200 wire welder. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 375.00 | 375.00 | | 0.00 | FA | 0.00 | 0.00 |
| 54 | Marvel horizontal band saw. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 75.00 | 75.00 | | 0.00 | FA | 0.00 | 0.00 |
| 55 | Hyster forklift. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 375.00 | 375.00 | | 0.00 | FA | 0.00 | 0.00 |
| 56 | Grizzly belt sander. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 100.00 | 100.00 | | 0.00 | FA | 0.00 | 0.00 |
| 57 | 2 Jet 6x48 belt sanders. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 150.00 | 150.00 | | 0.00 | FA | 0.00 | 0.00 |
| 58 | 3 Sewing machines - Juki Cousew. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 350.00 | 350.00 | | 0.00 | FA | 0.00 | 0.00 |
| 59 | Misc tools for shop, drills, clamps. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 50.00 | 50.00 | | 0.00 | FA | 0.00 | 0.00 |
| 60 | Victor 16x40 engine lathe. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 875.00 | 875.00 | | 0.00 | FA | 0.00 | 0.00 |
| 61 | Misc lathe tooling. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 125.00 | 125.00 | | 0.00 | FA | 0.00 | 0.00 |
| 62 | Alliant vertical milling machine. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 1,125.00 | 1,125.00 | | 0.00 | FA | 0.00 | 0.00 |
| 63 | Misc milling tooling. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| 64 | OTC 30 hydraulic press. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| 65 | 17 - misc cabinets, tables, storage, sheves. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 6,375.00 | 6,375.00 | | 0.00 | FA | 0.00 | 0.00 |
| 66 | Osy-acetylene torch set. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 62.50 | 62.50 | | 0.00 | FA | 0.00 | 0.00 |

USBA Form 101-7-TDR (10/1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 5

| Case No.: | 19-50417 | | Trustee Name: | (530470) Daniel C. Bruton |
|---|---|---|---|---|
| Case Name: | Butler Specialties, Inc., T/A Butle | | Date Filed (f) or Converted (c): | 01/27/2020 (c) |
| | | | § 341(a) Meeting Date: | 03/06/2020 |
| For Period Ending: | 06/08/2021 | | Claims Bar Date: | 04/06/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Ref. # / Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 67 — 2012 welder with attachments. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 1,478.25 | 1,478.25 | | 0.00 | FA | 0.00 | 0.00 |
| 68 — Powermatic Model 81 saw. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 100.00 | 100.00 | | 0.00 | FA | 0.00 | 0.00 |
| 69 — Mold for rear head foam, mold for L/S short head foam, mold for L/S Std length head foam, mold for R/S head form. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 450.00 | 450.00 | | 0.00 | FA | 0.00 | 0.00 |
| 70 — Alum channel extrusion 6063-T5. Valuation Method: Liquidation<br>Asset was sold in the Chapter 11 case | 92.92 | 92.92 | | 0.00 | FA | 0.00 | 0.00 |
| 71 — 8.890 acres 70 Pitts School Road, Concord, NC 15,900 sq. ft. building built in 1989 Appraisal 1/15/19 Liquidation value $910,000 Tax value $1,147,520, Fee simple, Valuation Method: Appraisal<br>Asset was sold in the Chapter 11 case | 910,000.00 | 0.00 | | 0.00 | FA | 3,799,123.13 | 0.00 |
| 72 — Butler Built trademark.<br>Asset was sold in the Chapter 11 case | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 73 — butlerbuilt.net.<br>Asset was sold in the Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 74 — Tax refunds<br>Asset was expended in the Chapter 11 case | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 75 — Funds from debtors attorney upon conversion (u)<br>Funds received by wire transfer from debtor's attorney upon conversion from Chapter 11 to Chapter 7 case | 0.00 | 0.00 | | 921,268.75 | FA | 0.00 | 0.00 |
| 76 — Duke Power Refund (u)<br>Check received From Duke Power as refund to Debtor | 0.00 | 0.00 | | 695.96 | FA | 0.00 | 0.00 |
| 77 — Fifth Third Chapter 11 DIP operating account (u)<br>Debtor's payment of cash to trustee to liquidate DIP bank account received at 341 meeting on 3-6-2020 | 0.00 | 0.00 | | 2,557.37 | FA | 0.00 | 0.00 |
| 78 — Preference Settlement with BSCI, Inc (u)<br>Preference Settlement with BSCI, Inc per Order Dkt #255 entered on 03-20-2020. | 0.00 | 0.00 | | 5,000.00 | FA | 0.00 | 0.00 |
| 79 — Preference Settlement with Brian Butler (u)<br>Preference Settlement with Brian Butler per Order Dkt #263 entered on 04-17-2020. | 0.00 | 0.00 | | 4,500.00 | FA | 0.00 | 0.00 |
| 80 — Preference Settlement with SFI Foundation, Inc. (u)<br>Preference Settlement with SFI Foundation, Inc. per Order Dkt #264 entered on 04-17-2020. | 0.00 | 0.00 | | 3,000.00 | FA | 0.00 | 0.00 |
| 81 — Preference Settlement with Data Consulting Group, LLC (u)<br>Preference Settlement with Data Consulting Group, LLC per Order Dkt #274 entered on 05-15-2020. | 0.00 | 0.00 | | 3,500.00 | FA | 0.00 | 0.00 |

**USBA Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 6

**Case No.:** 19-50417  
**Case Name:** Butler Specialties, Inc., T/A Butle  
**For Period Ending:** 06/08/2021

**Trustee Name:** (530470) Daniel C. Bruton  
**Date Filed (f) or Converted (c):** 01/27/2020 (c)  
**§ 341(a) Meeting Date:** 03/06/2020  
**Claims Bar Date:** 04/06/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 82 | Preference Settlement with Custom Corrugated Containers. (u)<br><br>Preference Settlement with Custom Corrugated Containers. per Order Dkt #282 entered on 07-09-2020. | 0.00 | 0.00 | | 5,000.00 | FA | 0.00 | 0.00 |
| 83 | Preference Settlement with Protodyne, LLC (u)<br><br>Preference Settlement with Protodyne, LLC per Order DKT # 295 entered on 10/14/20. | 0.00 | 0.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| **83** | **Assets Totals (Excluding unknown values)** | **$1,180,685.09** | **$270,685.09** | | **$955,522.08** | **$0.00** | **$3,799,123.13** | **$0.00** |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

03/31/2021 TDR needs to be filed after 3/25/21

**Initial Projected Date Of Final Report (TFR):** 02/15/2021   **Current Projected Date Of Final Report (TFR):** 11/20/2020 (Actual)

06/08/2021  
Date

/s/Daniel C. Bruton  
Daniel C. Bruton

Copy Served On:   Mr. William P. Miller  
Bankruptcy Administrator

USBA Form 101-7-TDR (10/1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 19-50417 | | Trustee Name: | Daniel C. Bruton (530470) |
|---|---|---|---|---|
| Case Name: | Butler Specialties, Inc., T/A Butle | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5001 | | Account #: | ******9379 Checking |
| For Period Ending: | 06/08/2021 | | Blanket Bond (per case limit): | $2,500,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/28/20 | {75} | Bell Davis & Pitt, PA | Debtor's Attorney wired these funds, now transferring from firm trust account into debtor's estate | 1290-010 | 921,268.75 | | 921,268.75 |
| 02/14/20 | {76} | Duke Power | Duke Power Refund to Debtor | 1290-000 | 695.96 | | 921,964.71 |
| 03/09/20 | 101 | International Sureties | Blanket Bond Premium, Bond # 016036434, Period 03/01/20-03/01/21 | 2300-000 | | 539.89 | 921,424.82 |
| 03/11/20 | {77} | Bell Davis & Pitt, PA | Debtor's cash payment to Trustee to liquidate bank account received at 341 meeting | 1290-010 | 2,557.37 | | 923,982.19 |
| 03/24/20 | {78} | BSCI, Inc | Preference Settlement with BSCI, Inc. per Order Dkt #255 entered on 03/20/2020. | 1241-000 | 5,000.00 | | 928,982.19 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 740.34 | 928,241.85 |
| 04/17/20 | {79} | Brian Butler | Preference Settlement with Brian Butler per Order entered on 4-17-20, DKT #263 | 1241-000 | 4,500.00 | | 932,741.85 |
| 04/17/20 | {80} | SFI Foundation, Inc | Preference Settlement with SFI Foundation, Inc, per Order entered on 4-17-20, DKT #264 | 1241-000 | 3,000.00 | | 935,741.85 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,488.85 | 934,253.00 |
| 05/15/20 | {81} | Data Consulting Group, LLC | Settlement per Order [Dkt 10] entered on 5-15-20 in AP Case 20-6079 and DKT #274 in Lead Case | 1241-000 | 3,500.00 | | 937,753.00 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,446.10 | 936,306.90 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,596.32 | 934,710.58 |
| 07/21/20 | {82} | Custom Corrugated Containers, Inc | Preference Settlement with Custom Corrugated Containers per Order DKT #282 entered on 7-8-20 | 1241-000 | 5,000.00 | | 939,710.58 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,546.20 | 938,164.38 |
| 08/07/20 | 102 | Internal Revenue Service | Interim Payment per Order entered on July 24, 2020, Dkt #285 | 4300-000 | | 836,000.00 | 102,164.38 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 959.58 | 101,204.80 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 172.64 | 101,032.16 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 161.48 | 100,870.68 |
| 11/13/20 | {83} | Protodyne, LLC | Preference Settlement Payment from Protodyne, LLC | 1241-000 | 10,000.00 | | 110,870.68 |
| 01/05/21 | 103 | Daniel C. Bruton | Distribution payment - Dividend paid at 100.00% of $1,615.06; Claim # AttyExp; Filed: $1,615.06 | 3120-000 | | 1,615.06 | 109,255.62 |
| 01/05/21 | 104 | Daniel C. Bruton | Distribution payment - Dividend paid at 100.00% of $28,560.00; Claim # AttyFee; Filed: $28,560.00 | 3110-000 | | 28,560.00 | 80,695.62 |
| 01/05/21 | 105 | US Bankruptcy Clerk of Court | Distribution payment - Dividend paid at 100.00% of $5,200.00; Claim # Ch11Qtrfees; Filed: $5,200.00 | 2950-000 | | 5,200.00 | 75,495.62 |
| 01/05/21 | 106 | IRS | Distribution payment - Dividend paid at 6.76% of $1,116,485.79; Claim # 1S-2; Filed: $1,116,485.79 | 4300-000 | | 75,495.62 | 0.00 |
| | | | Page Subtotals: | | $955,522.08 | $955,522.08 | |

{ } Asset Reference(s)    USBA Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | |  | | |
|---|---|---|---|---|
| Case No.: | 19-50417 | Trustee Name: | Daniel C. Bruton (530470) | |
| Case Name: | Butler Specialties, Inc., T/A Butle | Bank Name: | Metropolitan Commercial Bank | |
| Taxpayer ID #: | **-***5001 | Account #: | ******9379 Checking | |
| For Period Ending: | 06/08/2021 | Blanket Bond (per case limit): | $2,500,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 955,522.08 | 955,522.08 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | Subtotal | | | 955,522.08 | 955,522.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $955,522.08 | $955,522.08 | |

{ } Asset Reference(s)    USBA Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 19-50417 | **Trustee Name:** | Daniel C. Bruton (530470) | |
| **Case Name:** | Butler Specialties, Inc., T/A Butle | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***5001 | **Account #:** | ******9379 Checking | |
| **For Period Ending:** | 06/08/2021 | **Blanket Bond (per case limit):** | $2,500,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

|   |   |
|---|---|
| Net Receipts: | $955,522.08 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $955,522.08 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9379 Checking | $955,522.08 | $955,522.08 | $0.00 |
| | **$955,522.08** | **$955,522.08** | **$0.00** |

06/08/2021
Date

/s/Daniel C. Bruton
Daniel C. Bruton

USBA Form 101-7-TDR (10/1/2010)